# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD CLEANERS, INC.,<br>    Plaintiff, | CV 17-4731 DSF (RAOx) |
| v. | JUDGMENT |
| CENTRAL NATIONAL INSURANCE COMPANY OF OMAHA, now known as OAKWOOD INSURANCE COMPANY,<br>    Defendant. | |
| AND RELATED COUNTERCLAIMS AND THIRD-PARTY CLAIM | |

The Court having granted in part two summary judgment motions and having presided over a court trial on written evidentiary submissions,

IT IS ORDERED AND ADJUDGED that:

1.  Plaintiff World Cleaners, Inc. take nothing;

2.  Defendant Central National Insurance Company of Omaha, now known as Oakwood Insurance Company, take nothing on its counterclaim against World Cleaners and third-party claims against Brian Sher, 538 West 5th Street, San Pedro, Inc., and Hartford Fire Insurance Company;

3. All claims are dismissed with prejudice; and

4. The parties bear their own costs.


Date:  9/18/2023

Dale S. Fischer
United States District Judge